CURT S. STEINDLER (CA Bar #143381)
LAW OFFICE OF CURT S. STEINDLER
11901 Santa Monica Blvd.
Suite 616
Los Angeles, California 90025-2767
310-213-5420
fax: 310-391-6599

Attorney for plaintiff, BARRY ROSEN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY ROSEN,<br>    Plaintiff,<br>  vs.<br>AUTOGRAPH WORLD, LLC, a limited liability company, JOHN DWIGHT BARDWELL, ROBERT RANDALL JONES, JG AUTOGRAPHS, a corporation, and DOES 1 TO 10,<br>    Defendants. | Case No.: CV 11-05462 ABC (FMOx)<br><br>[~~PROPOSED~~] ORDER OF ENTRY OF JUDGMENT AS TO AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL AND ROBERT RANDALL JONES |

In light of the Stipulation and Proposed Judgment dated September 21, 2011 entered into by Plaintiff BARRY ROSEN and Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, IT IS HEREBY ORDERED:

1. that judgment be entered against Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, and for Plaintiff,

2. that the judgment be stayed as to Defendants, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, until December 31, 2011,

3. that Plaintiff BARRY ROSEN and Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, shall bear their own costs and attorney's fees as to the other parties to the Stipulation and Proposed Judgment dated September 21, 2011 entered into by Plaintiff BARRY ROSEN and Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES.

    IT IS FURTHER ORDERED that this Court shall maintain jurisdiction over this matter as to these parties solely for the purposes of enforcing the Stipulation and Proposed Judgment dated September 21, 2011 entered into by Plaintiff BARRY ROSEN and Defendants, AUTOGRAPH WORLD, LLC, JOHN DWIGHT BARDWELL and ROBERT RANDALL JONES, should that become necessary.

DATED: 9/30/2011

*[signature: Audrey B. Collins]*

Honorable Audrey B. Collins
Chief United States District Judge